UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 428, a Labor Organization,<br><br>Plaintiff,<br>vs.<br>ASSOCIATED GENERAL CONTRACTORS OF AMERICA, INC., ARIZONA CHAPTER, a corporation; AMES CONSTRUCTION, INC., a corporation; BRAGG COMPANIES dba BRAGG CRANE SERVICE, a corporation; CRANE RENTAL SERVICE, INC., a corporation; HKB, INC. dba SOUTHWEST INDUSTRIAL RIGGING, a corporation; KLONDYKE CONSTRUCTION, LLC., an Arizona limited liability company; KIEWIT WESTERN CO., a corporation; MARCO CRANE AND RIGGING CO., a corporation;  PULICE CONSTRUCTION, INC., a corporation; and ROYDEN CONSTRUCTION CO., a corporation,<br><br>Defendants. | Case No.: CV 12-02071-PHX-JAT<br><br>ORDER |

  Upon stipulation (Doc. 45) of Plaintiff and Klondyke Construction, LLC, Klondyke being the only remaining defendant in this case, and for good cause appearing,

1    **IT IS HEREBY ORDERED** dismissing the above-entitled cause with prejudice,
2 each party to bear its own costs and attorney's fees.
3    **IT IS FURTHER ORDERED** vacating the Rule 16 Scheduling Conference set for
4 September 18, 2013.
5    Dated this 29th day of August, 2013.

*James A. Teilborg*
Senior United States District Judge